**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, d/b/a BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>RED STAR FREIGHT LINES INC., et al.,<br><br>Defendants. | Case No. SA CV 24-00493 FMO (KESx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Motion for Default Judgment ("Order"), IT IS ADJUDGED that:

1. Judgment shall be entered in favor of plaintiff Ameris Bank and against defendants Red Star Freight Lines Inc. and Rade Veskovic.

2. Defendants, who are jointly and severally liable, shall pay plaintiff the total amount of $196,551.77, plus prejudgment interest at a rate of 10% per annum.

3. Plaintiff shall serve defendants with a copy of this Judgment in such a manner as to make it operative in any further proceedings.

Dated this 15th day of October, 2024.

/s/
Fernando M. Olguin
United States District Judge